UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>           Plaintiff,<br>   v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., FEDERAL EXPRESS CORPORATION, and DOES 3 to 50,<br><br>           Defendants. | Case No.: 14-CV-01117-LHK<br><br>ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE |

Plaintiff Gary Minor ("Minor") has filed this action against his former employer, Defendant FedEx Office and Print Services, Inc. ("FedEx Office"), as well as Federal Express Corporation. *See* ECF No. 24. Before the Court is FedEx Office's motion to dismiss all of Minor's claims. *See* ECF No. 25. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing scheduled for January 15, 2015, at 1:30 p.m. The Court also VACATES the case management conference also set for January 15, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 13, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1