UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 16-CV-00532-RMW<br>Case No. 14-CV-01117-LHK<br><br>**ORDER GRANTING MOTION TO RELATE**<br><br>Re: Dkt. No. 36[1] |

Before the Court is an administrative motion to consider whether *Minor v. FedEx Office & Print Services, et al.*, No. 16-CV-00532-RMW (the "2015 Action"),[2] should be related to *Minor v. FedEx Office & Print Services, et al.*, No. 14-CV-01117-LHK (the "2013 Action").[3] ECF No. 36. The time for filing an opposition or statement of support has passed. The Court hereby GRANTS the motion to relate the 2015 Action to the 2013 Action.

The 2015 Action shall be reassigned to the undersigned judge. All future filings are to

---

[1] All docket citations in this Order refer to Case No. 14-CV-01117-LHK unless otherwise noted.
[2] The 2015 Action was filed in Santa Clara Superior Court on December 27, 2015. The case was removed to federal court on February 1, 2016. No. 16-CV-00532-RMW, ECF Nos. 1 & 6.
[3] The 2013 Action was filed in Santa Clara Superior Court on February 8, 2013. The case was removed to federal court on March 10, 2014. ECF No. 1.

1
Case No. 16-CV-00532-RMW; Case No. 14-CV-01117-LHK
ORDER GRANTING MOTION TO RELATE

bear the initials "LHK." Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in the docket of both the 2015 and 2013 Actions.

**IT IS SO ORDERED.**

Dated: February 24, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge